UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

----------------------------------------------------------------------x
In re:                                                                :     Chapter 11
                                                                      :
WC 717 N HARWOOD ROPERTY, LLC,                                        :     Case No. 21-10630
                                                                      :
                                                                      :
                                                                      :
                    Debtor.                                           :
----------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Theresa A. Driscoll ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent SKW – B Acquisitions Seller J, LLC, in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and counsel with the law firm Moritt Hock & Hamroff LLP with offices at:

    Mailing address: 400 Garden City Plaza

    City, State, Zip: Garden City, New York 11530

    Telephone: (516) 873-2000   Fax: (516) 873-2010

    Email Address: tdriscoll@moritthock.com

2. Since January 24, 2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 3905759.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| EDNY | 2001 |
| SDNY | 2001 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice): _____None_____
_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below: None_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

**MOTION FOR ADMISSION PRO HAC VICE - Page 2**

8. Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Theresa A. Driscoll to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*Theresa A. Driscoll, Esq.*
Theresa A. Driscoll, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11530
Phone: (516) 873-2000
Email: tdriscoll@moritthock.com

*Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
Ross & Smith, PC
700 N. Pearl Street, Ste. 1610
Dallas, Texas 75201
Phone: (214) 377-7879
Email:  Frances.smith@judithwross.com

## CERTIFICATE OF SERVICE

I certify that on August 5, 2021, I served or caused to be served a true and correct copy of this motion via the Court's Electronic Case Filing System and/or U. S. mail upon the parties listed in the attached Service List as indicated.

*/s/ Frances A. Smith*
Frances A. Smith

**SERVICE LIST**
**WC 717 N HARWOOD PROPERTY, LLC**
Case No. 21-10630

*Debtor:*
WC 717 N Harwood Property, LLC
814 Lavaca St.
Austin, TX 78701
**Served via U.S. mail**

*Debtor's Counsel:*
Fishman Jackson Ronquillo PLLC
Attn: Mark H. Ralston
13155 Noel Rd #700
Dallas, TX 75240
Phone: 214-499-5544
Fax : 214-499-5501
Email: mralston@fjrpllc.com
**Served via ECF**

*United States Trustee:*
Office of the United States Trustee
Attn: Deborah A. Bynum
903 San Jacinto Blvd., Room 230
Austin, TX 78701
Phone: 512-916-5328
Fax: 512-916-5331
**Served via ECF**