# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In Re: § Case No. 21-10630
§
§
§ Chapter 11
WC 717 N. Harwood Proper §
§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

Natin Paul, Authorized Representative /s/ NdP              August 3, 2021
_____              _____
Debtor                                                Date


_____              _____
Joint Debtor                                          Date

SKW-B Acquisitions Seller J, LLC
c/o SKW Funding, LLC
Attn: Matt Contreras
134 West 25th Street
New York, New York 10001

Morritt Hook & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
Attn: Brandi P. Klineberg

Colliers International Holdings (USA), Inc.
28158 Network Place
Chicago, IL 60673-1281

Universal Protection Service LP
P.O. Box 828854
Philadelphia, PA 19182-8854

Asurity Mortgage Group, LLC
717 North Harwood
Suite 1600
Dallas, TX 75201

TK Elevator Corporation
P.O. Box 3796
Carol Stream, IL 60132-3796

RTC Waterproofing & Glass, Inc.
1433 Crescent Drive
Carrollton, TX 75006

Hudson Energy Corp.
P.O. Box 731137
Dallas, TX 75373-1137

Captivate LLC
900 Chelmsford Street
Suite 3101
Lowell, MA 01851

City of Dallas Water Utilities
City Hall, 2D South
Dallas, TX 75277

5629592.1 FJR 23081.20

Promise Total Services, Inc.
P.O. Box 29789
Dallas, TX 75229-9789

Mid America Metals
P.O. Box 860
Ozark, MO 65721-0860

McCall Parkhurst and Horton LLP
717 North Harwood
Suites 525 and 900
Dallas, TX 75201

4-L Engineering Company Inc.
420 N Dorothy Drive
Richardson, TX 75081

Nalco Company
P.O. Box 730005
Dallas, TX 75373-0005

Universal Thrive Technologies LLC
1815 E Wilshire Avenue
Suite 910
Santa Ana, CA 92705

Mitec
2445 Meadowbrook Parkway
Duluth, GA 30096

APS Building Services
P.O. Box 40447
Houston, TX 77240

Texas AirSystems LLC
6029 West Campus Circle Drive
Suite 100
Irving, TX 75063

TRI-TEX Construction, Inc.
403 International Parkway
Suite 500
Richardson, TX 75081

5629592.1 FJR 23081.20

Downtown Dallas Inc.
Bank of America Plaza
Suite 7100
901 Main St.
Dallas, TX 75202

Allied Universal Technology Services
3440 Sojourn Drive
Suite 220
Carrolton, TX 75006

Office of the US Trustee
903 San Jacinto Boulevard
Room 230
Austin, TX 78701

Ross & Smith, PC
Attn: Frances A. Smith
700 N. Pearl Street, Suite 1610
Dallas, TX 75201

Ross & Smith, PC
Attn: Eric Soderlund
700 N. Pearl Street, Suite 1610
Dallas, TX 75201

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2777 N Stemmons Frwy Ste 1000
Dallas, Texas 75207

5629592.1 FJR 23081.20