**Fill in this information to identify the case:**

Debtor name: WC 717 N Harwood Property LLC
United States Bankruptcy Court for the: Western District of Texas
(State)
Case number (If known): 21-10630

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | COLLIERS INTERNATIONAL HOLDINGS (USA) INC | 28158 Network Place Chicago, IL 60673-1281 | Trade | | | | $279,973.52 |
| 2 | Universal Protection Service LP | PO Box 828854 Philadelphia, PA 19182-8854 | Trade | | | | $143,505.33 |
| 3 | Asurity Mortgage Group, LLC | 717 North Harwood Suite 1600 Dallas, TX 75201 | Tenant Improvement | | | | $123,367.73 |
| 4 | TK ELEVATOR CORPORATION | PO Box 3796 Carol Stream, IL 60132-3796 | Trade | | | | $123,091.71 |
| 5 | RTC Waterproofing & Glass Inc | 1433 Crescent Drive Carrollton, TX 75006 | Trade | | | | $86,584.43 |
| 6 | Hudson Energy Corp | PO Box 731137 Dallas, TX 75373-1137 | Utilities | | | | $72,659.79 |
| 7 | Captivate LLC | 900 Chelmsford Street Suite 3101 Lowell, MA 01851 | Trade | | | | $70,105.76 |
| 8 | City of Dallas Water Utilities | City Hall, 2D South Dallas, TX 75277 | Utilities | | | | $63,901.4 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

| Debtor | WC 717 N Harwood Property LLC | | | Case number (if known) 21-10630 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Promise Total Services, Inc. | PO Box 29789  Dallas, TX  75229-9789 | Trade | | | | $33,553.21 |
| 10 | Mid America Metals | PO Box 860  Ozark, MO  65721-0860 | Trade | | | | $30,297.33 |
| 11 | McCall Parkhurst and Horton LLP | 717 North Harwood  Suites 525 and 900  Dallas, TX  75201 | Tenant Improvement | | | | $30,223.00 |
| 12 | 4-L Engineering Company Inc | 420 N Dorothy Drive  Richardson, TX  75081 | Trade | | | | $28,213.87 |
| 13 | Nalco Company | PO Box 730005  Dallas, TX  75373-0005 | Trade | | | | $25,176.16 |
| 14 | Universal Thrive Technologies LLC | 1815 E Wilshire Avenue  Suite 910  Santa Ana, CA  92705 | Trade | | | | $25,033.99 |
| 15 | Mitec | 2445 Meadowbrook Parkway  Duluth, GA  30096 | Trade | | | | $23,962.9 |
| 16 | APS BUILDING SERVICES | PO Box 40447  Houston, TX  77240 | Trade | | | | $12,147.75 |
| 17 | Texas AirSystems LLC | 6029 West Campus Circle Drive  Suite 100  Irving, TX  75063 | Trade | | | | $11,446.36 |
| 18 | TRI-TEX CONSTRUCTION INC | 403 International Parkway  Suite 500  Richardson, TX  75081 | Trade | | | | $10,800.00 |
| 19 | Downtown Dallas Inc | Bank of America Plaza  Suite 7100  901 Main St.  Dallas, TX  75202 | Trade | | | | $10,000.00 |
| 20 | ALLIED UNIVERSAL TECHNOLOGY SRVCS | 3440 Sojourn Drive  Suite 220  Carrolton, TX  75006 | Trade | | | | $9,673.44 |