**Fill in this information to identify the case:**

Debtor name _____ WC 717 N Harwood Property, LLC _____

United States Bankruptcy Court for the: _____ Western District of Texas _____
(State)

Case number (If known): _____ 21-10630 _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................. $ 150,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................ $ 1,622,496.15

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................. $ 151,622,496.15

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................. $ 78,162,232.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.......................... +$ 2,167,205.14

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b                                                                                     $ 80,329,437.14

| Fill in this information to identify the case: |
| --- |

Debtor name      WC 717 N Harwood Property, LLC

United States Bankruptcy Court for the:  Western District of Texas

Case number (If known):    21-10630

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                           $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. Metropolitan Commerce Bank (DIP) | Checking | 6  1  9  2 | $ 0.00 |
   | 3.2. See continuation sheet | | | $ 1,472,735.15 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____      $_____
   4.2. _____      $_____

5. **Total of Part 1**                                                                                        $ 1,472,735.15

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. City of Dallas Utility Deposit | $ 14,145.00 |
   | --- | --- |
   | 7.2. | $_____ |

Debtor  WC 717 N Harwood Property, LLC
_____
Name

Case number *(if known)* 21-10630
_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 14,145.00
_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less: 83,399.00 − 0.00 = ........➜ $ 83,399.00
face amount          doubtful or uncollectible accounts

11b. Over 90 days old: 52,217.00 − 0.00 = ........➜ $ 52,217.00
face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 135,616.00
_____

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____ _____% _____ $_____

15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  WC 717 N Harwood Property, LLC
        Name

Case number *(if known)* 21-10630

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor    WC 717 N Harwood Property, LLC
          _____
          Name

Case number (*if known*)    21-10630

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Office Building - 717 N Harwood, Dallas, Texas | Fee Simple | $_____ | Owner's Opinion of Value | $ 150,000,000.00 |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $ 150,000,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $_____ |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ – _____ = ➜  $_____
                                  Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____   $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

   _____   $_____

   Nature of claim   _____

   Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $_____

   Nature of claim   _____

   Amount requested   $_____

76. **Trusts, equitable or future interests in property**

   _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   | Secured Lender Collected Rents (To be offset against Accts Rec | $ Unknown |
   | _____ | $_____ |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

Debtor    WC 717 N Harwood Property, LLC
          Name

Case number (if known) 21-10630

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,472,735.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 14,145.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 135,616.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ..............................➔ | | $ 150,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,622,496.15 | + 91b. $ 150,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................. | 151,622,496.15 | $ 151,622,496.15 |

21-10630

| Debtor 1 | WC 717 N Harwood Property, LLC | | Case number (if known) |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## **Continuation Sheet for Official Form 206 A/B**

3) Checking, savings, money market, or financial brokerage accounts

**Lender Lock Box PNC**      **Checking**      **7446**

**Balance: 5,000.00**

**JP Morgan Chase**      **Checking**      **1679**

**Balance: 927.15**

**Lender Escrows for Taxes,**  **Checking**
  **Insurance & Capex**

**Balance: Unknown**

**Lender Cash Mgmt Account**  **Checking**      **8983**
**PNC**

**Balance: 1,466,808.00**

Official Form 206 A/B            Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name _____WC 717 N Harwood Property, LLC_____

United States Bankruptcy Court for the: _____Western District of Texas_____

Case number (If known): _____21-10630_____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Dallas County Tax Collector<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>Office Building - 717 N Harwood, Dallas, Texas<br><br>Describe the lien<br>Accrued 2021 RE Txaes<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | $ 823,288.00 | $ 150,000,000.00 |

Date debt was incurred _____
Last 4 digits of account number _____
Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,

SJW-B Acquisitions Seller J, LLC, 1st; Dallas County Tax Collector, 2nd

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>SJW-B Acquisitions Seller J, LLC<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>Office Building - 717 N Harwood, Dallas, Texas<br><br>Describe the lien<br>Mortgage<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | $77,338,944.00 | $150,000,000.00 |

Date debt was incurred _____
Last 4 digits of account number _____
Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $ 78,162,232.00

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

| Fill in this information to identify the case: |
|---|

| Debtor | WC 717 N Harwood Property, LLC |
|---|---|
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known) | 21-10630 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>State of Texas Comptroller<br>P.O. Box 13528, Capitol Station<br>Austin, TX, 78711 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Taxes & Other Government Units | $ 0.00 | $ |
| | Date or dates debt was incurred<br>_____ | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred<br>_____ | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred<br>_____ | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |

Debtor  WC 717 N Harwood Property, LLC          Case number (if known)  21-10630
        Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>4-L Engineering Company, Inc.<br>420 N Dorothy Drive<br>Richardson, TX, 75081 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 28,213.87 |
| | **Date or dates debt was incurred**  10/30/2020<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>A-1 Locksmith<br>2508 HIGHLANDER WAY SUITE 230<br>Carrollton, TX, 75006 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 278.74 |
| | **Date or dates debt was incurred**  01/08/2021<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>ABM Building Services Dallas<br>P O BOX 419860<br>Boston, MA, 02241 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 9,003.80 |
| | **Date or dates debt was incurred**  12/12/2018<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Active Network, LLC<br>717 N. Harwood Street, Suite 2700<br>Dallas, TX, 75201 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Security Deposit | $ 222,855.50 |
| | **Date or dates debt was incurred**  10/1/2014<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Addison Tile Corporation<br>PO BOX 1082<br>Addison, TX, 75001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 2,430.00 |
| | **Date or dates debt was incurred**  10/16/2019<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>AG&E Associates PLLC<br>15280 ADDISON ROAD SUITE 310<br>Addison, TX, 75001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services | $ 2,888.75 |
| | **Date or dates debt was incurred**  7/9/2021<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 2 of 20

Debtor  717 N Harwood Property, LLC                                    Case number (if known) 21-10630
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Allied Universal Technology Services
3440 SOJOURN DRIVE, SUITE 220
Carrollton, TX, 75006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 9,673.44

Date or dates debt was incurred    8/6/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Alpha Glass and Mirror Co Inc
8901 SOVEREIGN ROW
Dallas, TX, 75247

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,487.36

Date or dates debt was incurred    03/12/2020

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

American College of Education
717 N Harwood St Suite 500
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Security Deposit

$ 10,018.33

Date or dates debt was incurred    2/1/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Amersol Inc
650 INTERNATIONAL PKWY, STE 150
Richardson, TX, 75081

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 162.38

Date or dates debt was incurred    4/26/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

APS Bldg Services
PO BOX 40447
Houston, TX, 77240

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 17,321.30

Date or dates debt was incurred    06/23/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  WS 717 N Harwood Property, LLC
        Name

Case number (if known)  21-10630

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3. 12**  Nonpriority creditor's name and mailing address

Asurity Mortgage Group, LLC
717 N Harwood St Suite 1600
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 123,367.73

Basis for the claim: Security Deposit Refund

Date or dates debt was incurred    3/1/1998

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 13**  Nonpriority creditor's name and mailing address

AT&T Mobility LLC
PO Box 6463
Carol Stream, IL, 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 359.25

Basis for the claim:  Telephone / Internet services

Date or dates debt was incurred    7/23/2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 14**  Nonpriority creditor's name and mailing address

Bonded Lighting Protection Systems Ltd
122 LEESLEY LANE
Argyle, TX, 76226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,987.68

Basis for the claim:  Services

Date or dates debt was incurred    05/06/2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 15**  Nonpriority creditor's name and mailing address

Broadcast Towers LLC
PO Box 292714
Lewisville, TX, 75029

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,881.93

Basis for the claim:  Services

Date or dates debt was incurred    6/30/2020

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 16**  Nonpriority creditor's name and mailing address

Bryan Tower II. LP
Platinum Parking, 719 Olive St
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,278.54

Basis for the claim:  Parking

Date or dates debt was incurred    5/18/2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor   WS717 N Harwood Property, LLC
         Name

Case number (if known)   21-10630

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Captivate  LLC
2 Executive Drive 3rd Floor, Suite 301
Chelmsford, MA, 01824

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70,105.76

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    9/1/2018

Last 4 digits of account number

---

**3.18  Nonpriority creditor's name and mailing address**

CFI Companies
2500 WILCREST DRIVE SUITE 150
Houston, TX, 77042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 743.64

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    03/22/2021

Last 4 digits of account number

---

**3.19  Nonpriority creditor's name and mailing address**

Chaparrel Glass Co, Inc.
604 N LUCAS DR
Grapevine, TX, 76051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,753.34

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    9/4/2018

Last 4 digits of account number

---

**3.20  Nonpriority creditor's name and mailing address**

Cintas Corporation No 2
P O BOX 631025
Cincinnati, OH, 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.58

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/16/2019

Last 4 digits of account number

---

**3.21  Nonpriority creditor's name and mailing address**

City of Dallas Water Utilities
City Hall, 2D South
Dallas, TX, 75277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 71,766.71

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/15/2020

Last 4 digits of account number

---

Debtor  717 N Harwood Property, LLC
        Name                                                    Case number (if known)  21-10630

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

Clifford Power
DEPT 1754
Tulsa, OK, 74182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    06/11/2021
Last 4 digits of account number

$ 619.50

---

**3.23 Nonpriority creditor's name and mailing address**

Colliers International Holdings
717 N. Harwood Street, Suite 300
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    3/28/2021
Last 4 digits of account number

$ 336,096.56

---

**3.24 Nonpriority creditor's name and mailing address**

Comet Signs
235 W. Turbo
San Antonio, TX, 78216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/17/2018
Last 4 digits of account number

$ 5,421.54

---

**3.25 Nonpriority creditor's name and mailing address**

Community Waste Disposal LP
210 California Crossing
Dallas, TX, 75220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    7/31/2021
Last 4 digits of account number

$ 3,607.22

---

**3.26 Nonpriority creditor's name and mailing address**

CTech Computer Corporation
PO Box 2124
Rockwall, TX, 75087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    7/28/2021
Last 4 digits of account number

$ 600.00

---

| Debtor | WS 17 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Dallas BOMA
901 Main St Suite 570 LB 130
Dallas, TX, 75202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 625.00

Date or dates debt was incurred    10/1/2020
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Downtown Dallas, Inc.
Bank of America Plaza, Suite 7100, 901 Main Street
Dallas, TX, 75202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Membership Dues

$ 10,000.00

Date or dates debt was incurred    12/14/2018
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Electa Link Inc
21755 INTERSTATE 45, BLDG 10
Spring, TX, 77388

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 3,121.89

Date or dates debt was incurred    09/18/2018
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Empire Roofing Inc
4801 ESCO DRIVE
Fort Worth, TX, 76140

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 3,625.72

Date or dates debt was incurred    06/18/2021
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Entech Sales & Service Inc
3404 GARDEN BROOK DRIVE
Dallas, TX, 75234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 1,592.02

Date or dates debt was incurred    10/18/2018
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor WR747 N Harwood Property, LLC     Case number (if known) 21-10630

Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32**   **Nonpriority creditor's name and mailing address**

ENTOS Design, Inc.
5400 LBJ Freeway, Suite 125
Dallas, TX, 75240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**   2/28/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,787.00

---

**3.33**   **Nonpriority creditor's name and mailing address**

Enviro Consulting System, Inc.
3604 White Birch Way
Euless, TX, 76040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**   6/15/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,810.00

---

**3.34**   **Nonpriority creditor's name and mailing address**

Evolution Mechanical LLC
1201 EMPIRE CENTRAL DRIVE
Dallas, TX, 75247

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**   09/11/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 454.65

---

**3.35**   **Nonpriority creditor's name and mailing address**

EWP Architects Inc
2215 YORK ROAD SUITE 204
Oak Brook, IL, 60523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**   06/14/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,492.50

---

**3.36**   **Nonpriority creditor's name and mailing address**

Flying X Electric LLC
1227 W CAMPBELL ROAD, SUITE 301
Richardson, TX, 75080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**   06/15/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,220.44

---

Debtor  WS41/7 N Harwood Property, LLC
_____
Name

Case number (if known)  21-10630

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

Fusion Cloud ServicesLLC
PO BOX 51341
Los Angeles, CA, 90051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,180.59

**Basis for the claim:** Services

**Date or dates debt was incurred**  07/31/2021

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

Geary Porter & Donovan P C
P.O. Box 700248
Dallas, TX, 75370

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,250.00

**Basis for the claim:** Services

**Date or dates debt was incurred**  8/1/2021

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

Genea Energy Partners Inc
19100 VON KARMAN AVE., STE 550
Irvine, CA, 92612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,250.00

**Basis for the claim:** Telephone / Internet services

**Date or dates debt was incurred**  3/1/2018

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

Grainger
P.O. Box 419267, Dept. 885946953
Kansas City, MO, 64141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,319.86

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**  2/18/2021

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

Hudson Energy Corp
P.O. Box 731137
Dallas, TX, 75373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72,659.79

**Basis for the claim:** Utility Services

**Date or dates debt was incurred**  7/12/2021

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 7557 N Harwood Property, LLC

Name

Case number (if known) 21-10630

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** Nonpriority creditor's name and mailing address

Iliff & Associates Inc
PO BOX 3076
Grapevine, TX, 76099

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    11/18/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 850.00

**3.43** Nonpriority creditor's name and mailing address

Insite Wireless Group
PO BOX 76482
Baltimore, MD, 21275

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    7/12/2021

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,068.76

**3.44** Nonpriority creditor's name and mailing address

Integracom, Inc.
222 WEST LAS COLINAS BLVD, SUITE 1650E
Irving, TX, 75039

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    6/8/2021

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 806.46

**3.45** Nonpriority creditor's name and mailing address

Interprise Southwest Interior & Space
5080 Spectrum Drive Ste 115E
Addison, TX, 75001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    2/28/2021

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,532.40

**3.46** Nonpriority creditor's name and mailing address

IREM
72236 Eagle Way
Chicago, IL, 60678

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    1/1/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 225.00

Debtor  WS 717 N Harwood Property, LLC
Name

Case number (if known)  21-10630

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.**47 **Nonpriority creditor's name and mailing address**

Joe W Fly Company
PO BOX 678106
Dallas, TX, 75267

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,195.80

Date or dates debt was incurred    05/17/21

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**48 **Nonpriority creditor's name and mailing address**

Kibo Software, Inc.
717 N Harwood Ste 1800
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

$ 89,750.00

Date or dates debt was incurred    4/1/2016

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**49 **Nonpriority creditor's name and mailing address**

Knight Restoration Services LP
4200 SOJOURN DRIVE
Addison, TX, 75001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 12,494.38

Date or dates debt was incurred    1/12/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**50 **Nonpriority creditor's name and mailing address**

Lanyon Solutions, Inc.
717 N. Harwood Street, Suite 2000
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

$ 175,670.25

Date or dates debt was incurred    10/1/2014

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**51 **Nonpriority creditor's name and mailing address**

Lawns of Dallas
P O BOX 560187
Dallas, TX, 75356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,872.72

Date or dates debt was incurred    06/25/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52 Nonpriority creditor's name and mailing address**

Logical Solutions Inc
407 International Parkway Ste 406
Richardson, TX, 75081

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,491.06

Date or dates debt was incurred     7/28/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53 Nonpriority creditor's name and mailing address**

McCall Parkhurst and Horton LLP
717 N HARWOOD, SUITE 900
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Security Deposit Refund

$ 30,223.00

Date or dates debt was incurred     3/3/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54 Nonpriority creditor's name and mailing address**

Metro Fire Protection Inc.
11301 Indian Trail
Dallas, TX, 75229

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 9,309.59

Date or dates debt was incurred     3/25/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55 Nonpriority creditor's name and mailing address**

Mid America Metals
PO Box 860
Ozark, MO, 65721

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 30,297.33

Date or dates debt was incurred     6/1/2018

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56 Nonpriority creditor's name and mailing address**

Mitec
2445 Meadowbrook Parkway
Duluth, GA, 30096

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 24,022.90

Date or dates debt was incurred     12/15/2020

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor WS717 N Harwood Property, LLC          Case number (if known) 21-10630
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 57 **Nonpriority creditor's name and mailing address**

Move Solutions, Ltd.
1473 Terre Colony Court, DEPT AU
Dallas, TX, 75212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,164.43

**Date or dates debt was incurred**   6/15/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 58 **Nonpriority creditor's name and mailing address**

Nalco Company
PO Box 730005
Dallas, TX, 75373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 27,044.39

**Date or dates debt was incurred**   11/10/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 59 **Nonpriority creditor's name and mailing address**

Noble Resources Pest Control
PO Box 1852
Richardson, TX, 75083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 391.86

**Date or dates debt was incurred**   9/29/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 60 **Nonpriority creditor's name and mailing address**

Office Depot Inc
PO BOX 660113
Dallas, TX, 75266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,650.31

**Date or dates debt was incurred**   07/12/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 61 **Nonpriority creditor's name and mailing address**

Omnitracs, LLC
717 N. Harwood Street, Suite 1150
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

$ 180,558.92

**Date or dates debt was incurred**   10/1/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___WS747 N Harwood Property, LLC_____  Case number (if known)___21-10630___
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Payne & Blanchard, LLP
717 N Harwood St Suite 3350
Dallas, TX, 75201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,078.60

Date or dates debt was incurred    2/5/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Phoenix Construction Services
3021 Ridge Road, PMB 94
Rockwall, TX, 75032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 831.00

Date or dates debt was incurred    04/16/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Pitney Bowes Inc
PO BOX 371896
Pittsburgh, PA, 15250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 64.92

Date or dates debt was incurred    07/12/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Pressed 4 Time
9339 Crimnson Court
Dallas, TX, 75217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 253.65

Date or dates debt was incurred    11/5/2020

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Promise Total Services, Inc.
PO Box 29789
Dallas, TX, 75229

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 74,811.81

Date or dates debt was incurred    5/1/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  WSPA7 N Harwood Property, LLC
        Name

Case number (*if known*)  21-10630

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67 **Nonpriority creditor's name and mailing address**

ProStar Services, Inc.
PO Box 110209
Carrollton, TX, 75011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  3/7/2018
Last 4 digits of account number  _____

$ 1,101.79

**3.** 68 **Nonpriority creditor's name and mailing address**

Purchase Power
PO Box 371874
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  11/18/2020
Last 4 digits of account number  _____

$ 29.99

**3.** 69 **Nonpriority creditor's name and mailing address**

Quorum Business Solutions
811 Main Street, Suite 2000
Houston, TX, 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  8/1/2017
Last 4 digits of account number  _____

$ 24,710.00

**3.** 70 **Nonpriority creditor's name and mailing address**

Regency Office & Promotional Products
PO Box 568629
Dallas, TX, 75356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  10/16/2020
Last 4 digits of account number  _____

$ 576.32

**3.** 71 **Nonpriority creditor's name and mailing address**

Robbins Parking Texas LP
dba PLATINUM PARKING, 719 OLIVE STREET
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Parking

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  8/17/2021
Last 4 digits of account number  _____

$ 3,558.15

| Debtor | WS-717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 72 **Nonpriority creditor's name and mailing address**

RoofStock Inc.
717 N Harwood St Suite 2800
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

**Date or dates debt was incurred** 5/1/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,000.00

---

**3.** 73 **Nonpriority creditor's name and mailing address**

RTC Waterproofing & Glass Inc
1433 Crescent Drive
Carrollton, TX, 75006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 6/11/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,942.49

---

**3.** 74 **Nonpriority creditor's name and mailing address**

Scott & Reid General Contractors Inc
17300 Dallas Pkwy, Suite 2000
Dallas, TX, 75248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 4/28/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,012.14

---

**3.** 75 **Nonpriority creditor's name and mailing address**

Secured Access Systems LLC
2300 VALLEY VIEW LANE, SUITE 105
Dallas, TX, 75234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 4/27/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 284.16

---

**3.** 76 **Nonpriority creditor's name and mailing address**

SiteStuff Inc
PO Box 82569
Goleta, CA, 93118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 6/7/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,916.87

---

Debtor WRH717 N Harwood Property, LLC
Name

Case number (if known) 21-10630

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.77** Nonpriority creditor's name and mailing address

SmithGroup Inc
5910 N CENTRAL EXPRESSWAY SUITE 1765
Dallas, TX, 75206

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,121.00

Date or dates debt was incurred    08/23/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

Syska Hennessy Group, Inc.
PO Box 48216
Newark, NJ, 07101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 9,000.00

Date or dates debt was incurred    11/29/2018

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

TDIndustries
PO Box 300008
Dallas, TX, 75303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,907.51

Date or dates debt was incurred    10/22/2019

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

TeffNet, Inc.
PO Box 820706
Houston, TX, 77282

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 9,596.82

Date or dates debt was incurred    6/10/2020

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

Telepacific Communications Co
717 N Harwood St Suite 103
Dallas, TX, 75201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Security Deposit

$ 13,685.00

Date or dates debt was incurred    7/13/2013

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  WS717 N Harwood Property, LLC
Name

Case number (if known)  21-10630

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.82  Nonpriority creditor's name and mailing address**

Texas AirSystems LLC
6029 West Campus Circle Drive Ste 100
Irving, TX, 75063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 39,700.28

**Date or dates debt was incurred**  3/17/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83  Nonpriority creditor's name and mailing address**

Texas Dept of State Health Services
PO Box 12190
Austin, TX, 78711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 800.00

**Date or dates debt was incurred**  8/3/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84  Nonpriority creditor's name and mailing address**

The Allan Bailey Group, LLC
717 N Harwood St Suite 560
75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

$ 4,061.76

**Date or dates debt was incurred**  6/1/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85  Nonpriority creditor's name and mailing address**

Three Oaks Hospice, Inc.
717 N Harwood St Suite 550
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

$ 24,920.42

**Date or dates debt was incurred**  9/1/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86  Nonpriority creditor's name and mailing address**

Tidy Aire Inc
PO Box 850533
Richardson, TX, 75085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,591.28

**Date or dates debt was incurred**  11/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  WS3-717 N Harwood Property, LLC

Name

Case number *(if known)*  21-10630

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **87**   **Nonpriority creditor's name and mailing address**

TK Elevator Corp
PO BOX 3796
Carol Stream, IL, 60132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72,051.11

**Basis for the claim:** Services

**Date or dates debt was incurred**   4/1/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.** **88**   **Nonpriority creditor's name and mailing address**

Tri-Tex Construction Inc.
403 INTERNATIONAL PARKWAY, SUITE 500
Richardson, TX, 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,800.00

**Basis for the claim:** Services

**Date or dates debt was incurred**   03/04/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.** **89**   **Nonpriority creditor's name and mailing address**

Universal Protection Service LP
PO Box 101034
Pasadena, CA, 91189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 143,505.33

**Basis for the claim:** Services

**Date or dates debt was incurred**   5/9/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.** **90**   **Nonpriority creditor's name and mailing address**

Universal Thrive Technologies, LLC
THRIVE Intelligence, 1815 E Wilshire Avenue Ste 910
Santa Ana, CA, 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,033.99

**Basis for the claim:** Services

**Date or dates debt was incurred**   7/1/2020

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.** **91**   **Nonpriority creditor's name and mailing address**

Voss Lighting
P.O. Box 22159
Lincoln, NE, 68542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,141.28

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**   6/11/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  1703 W N Harwood Property LLC
        Name

Case number (*if known*) 21-10630

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 2,167,205.14 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 2,167,205.14 |

**Fill in this information to identify the case:**

Debtor name ___WC 717 N Harwood Property, LLC___

United States Bankruptcy Court for the: ___Western District of Texas___

Case number (If known): ___21-10630___   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease<br>Lessee | Telepacific Communications Co<br>717 N Harwood St Suite 103<br>Dallas, TX, 75201 |
| | **State the term remaining** | 82 months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease<br>Lessee | Omnitracs, LLC<br>717 N Harwood Ste 1100<br>Dallas, TX, 75201 |
| | **State the term remaining** | 67 months | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease<br>Lessee | Murphy's Deli Franchising, Inc.<br>717 N Harwood St Suite 111<br>Dallas, TX, 75201 |
| | **State the term remaining** | MTM | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease<br>Lessee | Kibo Software, Inc.<br>717 N Harwood St Suite 1800<br>Dallas, TX, 75201 |
| | **State the term remaining** | 67 months | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease<br>Lessee | Lanyon Solutions, Inc.<br>717 N Harwood St Suite 2000<br>Dallas, TX, 75201 |
| | **State the term remaining** | 67 months | |
| | **List the contract number of any government contract** | | |

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | Active Network, LLC<br>717 N Harwood St Suite 2300<br>Dallas, TX, 75201 |
| | State the term remaining | 67 months | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | Hellmuth, Obata & Kassabaum, Inc.<br>717 N Harwood St Suite 2850<br>Dallas, TX, 75201 |
| | State the term remaining | 107 Months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | Payne & Blanchard, LLP<br>717 N Harwood St Suite 2880<br>Dallas, TX, 75201 |
| | State the term remaining | 67 months | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | Hilltop Securities, Inc.<br>717 N Harwood St Suite 3000<br>Dallas, TX, 75210 |
| | State the term remaining | 127 Months | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | American College of Education<br>717 N Harwood Ste 500<br>Dallas, TX, 75201 |
| | State the term remaining | 60 months | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | McCall Parkhurst and Horton LLP<br>717 N Harwood St Suite 900<br>Dallas, TX, 75201 |
| | State the term remaining | 60 months | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Lessee | Three Oaks Hospice, Inc.<br>717 N Harwood St Suite 550<br>Dallas, TX, 75201 |
| | State the term remaining | 66 months | |
| | List the contract number of any government contract | | |

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Office Lease<br>Lessee<br><br>18 months | Science Applications International Corporation<br>717 N Harwood St Suite 570<br>Dallas, TX, 75201 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Office Lease<br>Lessee<br><br>15 months | Quorum Business Solutions<br>717 N Harwood St Suite 800<br>Dallas, TX, 75201 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Telecom  Storage Lease<br>Lessee<br><br>100 months | MCI Metro Access Transmission Services LLC<br>717 N Harwood St<br>Dallas, TX, 75201 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Telecom Storage  Lease<br>Lessee<br><br>10 Months | Zayo Group, LLC<br>717 N Harwood St<br>Dallas, TX, 75201 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Telecom Storage  Lease<br>Lessee<br><br>MTM | Logix Communications, L.P.<br>717 N Harwood St<br>Dallas, TX, 75201 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Telecom Storage Lease<br>Lessee<br><br>MTM | Time Warner NY Cable LLC<br>717 N Harwood St<br>Dallas, TX, 75201 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Telecom Storage  Lease<br>Lessee<br><br>MTM | Birch Communciations<br>717 N Harwood St<br>Dallas, TX, 75201 |

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Office Lease<br>Lessee<br><br><br>67 months | Snappy Salads Harwood LLC<br>717 N Harwood St Suite 100<br>Dallas, TX, 75201 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Office Lease<br>Lessee<br><br><br>97 Months | Asurity Mortgage Group, LLC<br>717 N Harwood St Suite 1600<br>75201 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Office Lease<br>Lessee<br><br><br>34 months | RoofStock, Inc.<br>717 N Harwood St Suite 2800<br>Dallas, TX, 75201 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Office Lease<br>Lessee<br><br><br>11 months | USA, Department of Justice<br>717 N Harwood St Suite 400<br>Dallas, TX, 75201 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Office Lease<br><br><br>64 months | The Allen Bailey Group, LLC<br>717 N Harwood St Suite 560<br>Dallas, TX, 75201 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Management Agreement<br>Agent | Collier's<br>717 N Harwood Suite 300<br>Dallas, TX, 75201 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Leasing Agreement<br>Agent | CBRE<br>2100 McKinney Suite 700<br>Dallas, TX, 75201 |

| Debtor | WC 717 N Harwood Property, LLC | | Case number (if known) | 21-10630 |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Telecom Storage Lease<br>Lessee<br><br>100 months | TPX Communcations, Co.<br>717 N Harwood St<br>Dallas, TX, 75201 |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Asset Management Agreement<br>Agent | WCRE Management LLC<br>814 Lavaca St<br>Austin, TX, 78701 |

(remaining entries 2.__ blank)

**Fill in this information to identify the case:**

Debtor name _WC 717 N Harwood Property, LLC_

United States Bankruptcy Court for the: _Western District of Texas_

Case number (If known): _21-10630_

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Natin Paul | Natin Paul<br>814 Lavaca St, Austin, Texas 78701<br>Dallas, TX 75201 | SJW-B Acquisitions Seller | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __WC 717 N Harwood Property, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): __21-10630__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to  Filing date | ☐ Operating a business<br>☐ Other | $ 7,938,302.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 12,109,738.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 12/31/2019<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 11,501,880.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to  Filing date | | $ 0.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | | $ 0.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 12/31/2019<br>MM / DD / YYYY | | $ 0.00 |

| Debtor | WC 717 N Harwood Property, LLC | Case number *(if known)* | 21-10630 |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | _____ <br> Creditor's name | _____ <br> _____ <br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name | _____ <br> _____ <br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | _____ <br> Insider's name <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $_____ | |
| 4.2. | _____ <br> Insider's name <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $_____ | |

---

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | WC 717 N Harwood Property , LLC and World Class Acquisitions, LLC v. SKW Funding, LLC and SKW-B Acquisitions Seller 2, LLC | Breach of CA, TRO | Dallas County District Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |
| | DC-21-08566 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |

Debtor    WC 717 N Harwood Property, LLC
          _____
          Name

Case number (*if known*) 21-10630

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____<br>Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____<br>Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | _____<br>Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

---

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fishman Jackson Ronquillo | | 08/21 | $ 25,000.00 |
| | **Address** | | | |
| | 13155 Noel Rd # 700 Dallas, TX 75240 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

---

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page 5

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | _____ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | _____ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | | |
|---|---|---|---|---|---|
| 14.1. | 401 Congress Avenue<br>33rd Floor<br>Austin, TX 78701 | From | 11/2013 | To | 3/2019 |
| 14.2. | | From | _____ | To | _____ |

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) 21-10630 |
|---|---|---|
| | Name | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No
☐ Yes

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|--------|-------------------------------|-----------------------|----------|
|        | Name                          |                       |          |

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____ To _____ |

---

| Debtor | WC 717 N Harwood Property, LLC | Case number (*if known*) | 21-10630 |
|--------|-------------------------------|--------------------------|----------|
|        | Name                          |                          |          |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Barbie Lee<br>Name<br>814 Lavaca St, Austin, Texas 78701 | From 06/01/2012<br>To 08/03/2021 |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Jason Rogers<br>Name<br>814 Lavaca St, Austin, Texas 78701 | From 05/31/2012<br>To 08/03/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Julia Clark & Associates<br>Name<br>1401 West Avenue · Suite B · Austin, TX 78701 | From _____<br>To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | World Class Capital Group, LLC<br>Name<br>814 Lavaca St, Austin, Texas 78701 | |

---

Debtor  WC 717 N Harwood Property, LLC
_____
Name

Case number *(if known)* 21-10630
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    WC 717 N Harwood Property, LLC                      Case number *(if known)* 21-10630
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
Name

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| WC 717 N Harwood MM, LLC | 814 Lavaca St, Austin, TX 78701 | Manager Member | 50 |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

---

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

---

| Debtor | WC 717 N Harwood Property, LLC | Case number (if known) | 21-10630 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| | Name and address of recipient | | |
|------|-------------------------------|------|------|
| 30.2 | | | |
| | Name | | |
| | | | |
| | | | |
| | | | |
| | Relationship to debtor | | |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/07/2021
      MM / DD / YYYY

✘ /s/                                                      Printed name   Nate Paul
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Authorized Agent

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name ___WC 717 N Harwood Property, LLC___

United States Bankruptcy Court for the: ___Western District of Texas___

Case number (*If known*): ___21-10630___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/07/2021___          ✘ /s/ *[signature]*
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  ___Nate Paul___
                                  Printed name

                                  ___Authorized Agent___
                                  Position or relationship to debtor