# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-10630-tmd |
| WC 717 N. Harwood Property, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Registered name and last known address or place of business of security holder: | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| WC 717 N Harwood Mezz, LLC<br>814 Lavaca Street<br>Austin, TX 78701 | N/A | 100% | Sole Member |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: September 7, 2021          Signature: _/s/ Natin Paul_____

                                            Natin Paul
                                            Authorized Representative

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571**