**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 21-10630-tmd** |
| **WC 717 N. Harwood Property, LLC,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR
<u>EXPEDITED HEARING</u>**

Upon consideration of the *Debtor's Motion for Expedited Hearing on Emergency Motion for Interim Order Authorizing Use Cash Collateral and Providing Adequate Protection* [Dkt. No. 25], filed by Debtor WC 717 N. Harwood Property, LLC (the "**Debtor**"), and finding that the relief provided in this order is meritorious and should be granted, it is hereby

ORDERED that an interim hearing on the *Debtor's Emergency Motion for Interim Order Authorizing Use Cash Collateral and Providing Adequate Protection* [Dkt. No. 24] shall be scheduled for the date and time indicated above. It is further

ORDERED that counsel for Debtor will provide notice of the expedited interim hearing as provided under the Local Bankruptcy Rules.

# # # END OF ORDER # # #

*Submitted by:*

**FISHMAN JACKSON RONQUILLO PLLC**

 /s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

COUNSEL FOR DEBTOR
WC 717 N. HARWOOD PROPERTY, LLC

5637812.1  FJR 23081.20