UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: WC 717 N HARWOOD PROPERTY LLC §     CASE NO. 21-10630-tmd
Debtor §     CHAPTER 11

<u>PROCEEDING MEMO - § 341 MEETING</u> on September 7, 2021, at 11:00 a.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): ___Yes __X_NO

2. Debtor appeared

3. Counsel for debtor appeared

4. Meeting adjourned to September 23, 2021, at 11:00 a.m.

5. Notes of Presiding Officer

Items requested by September 21, 2021 or sooner:
Schedules and statements
Equity list
Tax returns for 2019 and 2020, including K-1.
Financial statements 2019 through the present
    Sources and uses of cash
    Balance sheet from 2018 to present
Corporate resolution
Pre petition bank accounts closed or motions to continue use of prepetition bank accounts filed.
Proof of DIP account, including voided paper check.
Rent rolls, including subleases
Documentation identifying who owns, maintains, and controls walkways.
Copy of property management Agreement with Colliers
Copy of CBRE leasing agreement
Copy of agreement with WCRE-asset management agreement, insurance, taxes, lease rates
Application to be employed for Worley
UST Guidelines
Books and records for debtor
FJR application to employ corrections to disclosures on retainer and file disclosures required by Rule 2016 and Section 329.

DATE PETITION FILED: August 3, 2021
BAR DATE: December 6, 2021
PLUS 90 DAYS: November 1, 2021

RETURNED NOTICES: None known at this time.

CREDITORS' COMMITTEE FORMED: Not at this time.

                                                                */s/ Deborah A. Bynum*
                                                                Presiding Officer

(REV. 07/29/98)