**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 20, 2022**

_____

**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CHAPTER 11** |
| WC 717 N HARWOOD PROPERTY, LLC, | § | |
| | § | **CASE NO. 21-10630-TMD** |
| DEBTOR. | § | |

### ORDER CONVERTING CASE

Came on for consideration the United States Trustee's Motion to Convert Case to a Case Under Chapter 7 or, in the Alternative, to Dismiss Case. The Court finds that the Motion has merit, and that cause exists to convert the above-styled and numbered case pursuant to 11 U.S.C. § 1112(b).  It is therefore

ORDERED that the above-styled and numbered case be, and is hereby, converted to a case under chapter 7. It is further

ORDERED that Debtor shall, within 14 days after the effective date of conversion, comply with the requirements of Bankruptcy Rule 1019(5)(A)(i), and, within 30 days, file the final report and account required by Bankruptcy Rule 1019(5)(A)(ii). Quarterly fees shall continue to accrue until the case is closed, dismissed, or converted.

### ###

Order prepared and submitted by: J. Casey Roy; Office of the U.S. Trustee; 903 San Jacinto Blvd., Rm. 230, Austin, TX 78701.