

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 19, 2022.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No. 21-10630-tmd |
| WC 717 N HARWOOD PROPERTY, LLC, | § | |
| | § | |
| Debtor. | § | |
| _____ | § | |

### AGREED ORDER GRANTING SKW – B HARWOOD OWNER, LLC'S APPLICATION FOR (A) ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS AND (B) DIRECTING TURNOVER OF RENTS RECEIVED BY TRUSTEE FOR PERIOD APRIL 18 THROUGH APRIL 30, 2022

**CAME ON TO BE CONSIDERED** the Application ("Application") of SKW – B Harwood Owner, LLC ("Movant" or "SKW Owner") for entry of an order (a) allowing administrative expense claims and (b) directing turnover of rents received by Trustee for period April 18 through April 30, 2022. The Court finds that the Application was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure. The Debtor filed a limited objection to the Application [Dkt. No. 263], which has either been withdrawn, resolved, or overruled. The Trustee has agreed to this order.

Based on the Application, the Court concludes that the invoices paid by SKW Owner were payments necessary to preserve the Debtor's estate and constitute administrative expenses under 11 U.S.C. § 503. The Court further concludes that SKW Owner is entitled to rents collected at the Property for the period in April 2022 during which it was owner thereof. Based on the foregoing, the Court finds that good cause exists for the entry of the following order:

**IT IS ORDERED, ADJUDGED and DECREED** that the Application is hereby **GRANTED** as set forth herein and it is hereby **ORDERED** that:

1. SKW Owner is hereby granted an allowed chapter 11 administrative claim in the amount of $272,979.05 in respect of chapter 11 operating expenses paid by SKW Owner. The Chapter 7 Trustee is hereby authorized to pay SKW Owner the amount of $272,979.05 as an allowed chapter 11 administrative expense claim.

2. SKW Owner is hereby granted an allowed chapter 11 administrative claim in the amount of $449,352.37 for rents collected by the Trustee for the period in April 2022 during which SKW Owner was the owner of the Property. The Chapter 7 Trustee is hereby authorized to pay $449,352.37 to SKW Owner as an allowed chapter 11 administrative expense claim.

3. SKW Owner shall filed an amended claim in respect of Claim No. 16 to reclassify that portion of such claim for security deposits paid by tenants at the Property in the amount of $766,230.18 from an administrative expense claim to a general unsecured claim.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

# # #

Prepared By:

| | |
|---|---|
| **MORITT HOCK & HAMROFF LLP** | **FISHMAN JACKSON PLLC** |
| Theresa A. Driscoll (admitted pro hac vice) <br> 400 Garden City Plaza <br> Garden City, New York 11530 <br> Phone: (516) 873-2000 <br> Email: tdriscoll@moritthock.com | By: */s/ Mark H. Ralston* <br> Mark H. Ralston <br> State Bar No. 16489460 <br> Fishman Jackson Ronquillo PLLC <br> 13155 Noel Road, Suite 700 <br> Dallas, TX 75240 <br> Telephone: (972) 419-5544 <br> Facsimile: (972) 419-5501 <br> E-mail: mralston@fjrpllc.com |
| and | |
| **ROSS & SMITH, PC** | **COUNSEL FOR DEBTOR** |
| By: */s/ Frances A. Smith* <br> Frances A. Smith (State Bar No. 24033084) <br> Eric Soderlund (State Bar No. 24037525) <br> 700 N. Pearl Street, Suite 1610 <br> Dallas, TX 75201 <br> Phone: 214-377-7879 <br> Fax: 214-377-9409 <br> Email: France.smith@judithwross.com <br> Eric.coderlund@judithwross.com | **ROCHELLE McCULLOUGH, LLP** <br><br> By: */s/ Shannon S. Thomas* <br> Kevin D. McCullough <br> State Bar No. 00788005 <br> Shannon S. Thomas <br> State Bar No. 24088442 <br> 325 N. St. Paul Street, Suite 4500 <br> Dallas, Texas 75201 <br> Telephone: 214-953-0182 <br> Facsimile: 214-953-0185 <br> Email: kdm@romclaw.com <br> sthomas@romclaw.com |
| **COUNSEL FOR SKW-B HARWOOD SELLER J, LLC** | **COUNSEL FOR CHAPTER 7 TRUSTEE, LAURIE REA** |